In the Matter of the Claim of JOSEPH BARBARO, Respondent, against TRAYMORE CAFETERIA, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that claimant's disability was not the result of an accidental injury, and on the authority of *Jeffreyes* v. *Sager Co.* (198 App. Div. 446; affd., 233 N. Y. 535) and *Matter of Lerner* v. *Rump Bros.* (241 id. 153). Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ELIZABETH MURPHY, Respondent, against UNITED STATES TRUCKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of CHARLES LANG, Respondent, against J. G. WHITE ENGINEERING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNIE YATES, Respondent, against RELIANCE TOWER AND STEEL CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of VICTORIA GRAECO, Respondent, against THE TWO RECTOR STREET CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of STANISLAW KOZORRAL, Respondent, against INTERNATIONAL PAPER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of STANLEY MATTRUSKI, Respondent, against ALUMINUM COMPANY OF AMERICA, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of PAUL MADDERNS, Respondent, against FOX FILM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.